UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ENIS CHERAMIE                                          CIVIL ACTION

VERSUS                                                 NO:     13-0573

SOCIAL SECURITY ADMINISTRATION                         SECTION: "H"

ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's

Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the

Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report

and Recommendation and adopts it as its opinion.

Accordingly,

IT IS ORDERED that the decision of the Administrative Law Judge be REVERSED AND

REMANDED for consideration of the entire record, including the lumbar MRI and the treatment

by Dr. Schlosser, as it was not based on substantial evidence, pursuant to Title 42 U.S.C. § 405(g)

New Orleans, Louisiana, this 6th day of May, 2014.

_____

UNITED STATES DISTRICT JUDGE